ACCEPTED
03-13-00332-CV
4514934
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 3:16:58 PM
JEFFREY D. KYLE
CLERK

## NO. 03-13-00332-CV

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 3:16:58 PM
JEFFREY D. KYLE
Clerk

_____

### GORDON G. MCWATT, D.O.,
**Appellant**

**v.**

### ELEANOR KITZMAN, Commissioner of Insurance, ROD BORDELON, Commissioner of Workers' Compensation, and TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION,
**Appellees**

_____

### APPELLANT'S NOTICE OF CHANGE OF ATTORNEY'S ADDRESS
_____

TO THE HONORABLE JUSTICES OF THE COURT:

John D. Pringle, counsel for Appellant, Gordon G. McWatt, D.O., notifies the Court and all counsel of record of his change of business address effective today, March 16, 2015. The new address is:

John D. Pringle, P.C.
Arboretum Plaza One
9442 Capital of Texas Highway North, Suite 500
Austin, Texas 78759

John D. Pringle's telephone number, facsimile number and e-mail address remain the same.

_____
Appellant's Notice of Change of Attorney's Address                    1

Respectfully submitted,

/s/ John D. Pringle

By:_____
John D. Pringle
State Bar No. 16330300
JOHN D. PRINGLE, P.C.
Arboretum Plaza One
9442 Capital of Texas Highway North,
Suite 500
Austin, Texas 78759
(512) 472-8742 (Tele)
(512) 472-8745 (Fax)
john@pringletexaslawyer.com (E-mail)

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that a copy of **Appellant's Notice of Change of Attorney Address** was served on Appellees David Mattax, Commissioner of Insurance, Ryan Brannan, Commissioner of Workers' Compensation, and the Texas Department of Insurance, Division of Workers' Compensation, through counsel of record, Adrienne Butcher, by facsimile to (512) 320-0167 on March 16, 2015, before 5:00 p.m. local time of the recipient:

Adrienne Butcher                                   Via facsimile (512) 320-0167
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-1410 (Telephone)
Counsel for Appellees


/s/ John D. Pringle
_____
John D. Pringle


f:\jdp\60779\001\Appellant's Notice of Change of Attorney's Address  3-16-15

_____
Appellant's Notice of Change of Attorney's Address                                  3

# JOHN D. PRINGLE, P.C.
## Attorney at Law
John D. Pringle Board Certified - Administrative Law Texas Board of Legal Specialization

9442 CAPITAL OF TEXAS HIGHWAY NORTH
ARBORETUM PLAZA ONE, SUITE 500
AUSTIN, TEXAS 78759
TELEPHONE (512) 472-8742  FACSIMILE (512) 472-8745

WWW.PRINGLETEXASLAWYER.COM

JOHN@PRINGLETEXASLAWYER.COM

March 16, 2015
Via Electronic Filing

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re: Case No. 03-13-00332-CV; Gordon G. McWatt, D.O. v. Eleanor Kitzman, Commissioner or Insurance, *et al.*; before the Third Court of Appeals, Texas; Our File No. 60779-001

Dear Mr. Kyle:

Enclosed please find a copy of Appellant's Notice of Change of Attorney Address for filing in the above case.

By copy of this letter I am advising opposing counsel of this filing.

If I need to do anything further in order to notify the Court of my change of address, please let me know. If you have any questions regarding the above, please advise. Thank you.

Very truly yours,

John D. Pringle
State Bar No. 16330300

JDP/

cc: Adrienne Butcher
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Via Facsimile (512) 320-0167

f:\jdp\60779\001\clerk of court ltr (change of address) 3-16-15